IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

KENNETH L. GARDNER          PLAINTIFF

Civil No. 04-6068

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration          DEFENDANT

## **JUDGMENT**

On this the 15th day of November, 2005, the Court has before it for consideration, plaintiff's request for attorney's fees for Richard S. Muse, pursuant to *42 U.S.C. § 406(b)*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court approves an award of $4,087.50 in attorney's fees pursuant to *42 U.S.C. § 406(b)*.

IT IS SO ORDERED.

                                                 /s/Bobby E. Shepherd
                                                Honorable Bobby E. Shepherd
                                                United States Magistrate Judge